# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

BRONSON SHELLEY SCDC#353229 )
       PLAINTIFF, )
         V. )
BRYAN P. STIRLING, MICHAEL McCALL, )
WARDEN MR RILEY, ASSOC. WARDEN MS. )
THOMPSON, MAJOR MR. JACKSON, CAPTAIN )
MS. HOLSINGER, LT. MR. BELL, LT. TRAVIS )
REESE, LT. MS. HOUSTEN, LT. MR. MARONE, )
LT. MS. FLEMMING, SGT. SHELBA RIGHT, )
SGT. MS. TRIBBLE, MR. GOODSON, MS. )
GIBSON, S.M.U. OFFICER BOUYAN, INDIVIDUALLY )
AND IN THEIR OFFICIAL CAPACITIES, )
              DEFENDANTS. )

COMPLAINT
CIVIL ACTION
NO._____
_____

## I. JURISDICTION & VENUE

1.    THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2.    THE U.S. DISTRICT COURT, DISTRICT OF SOUTH CAROLINA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURED.

(1)

LEGAL MAIL

## II PLAINTIFFS

3.    PLAINTIFF, BRONSON SHELLEY SCDC #353229, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF SOUTH CAROLINA IN THE CUSTODY OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN LIEBER CORRECTIONAL INSTITUTION, IN RIDGEVILLE, SOUTH CAROLINA.

## III DEFENDANTS

4.    DEFENDANT, BRYAN P. STIRLING IS THE AGENCY DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING KIRKLAND R&E CORRECTIONAL INSTITUTION.

5.    DEFENDANT, MICHAEL MCCALL IS THE DEPUTY DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING KIRKLAND R&E CORRECTIONAL INSTITUTION.

6.    DEFENDANT, MR. RILEY IS THE WARDEN OF KIRKLAND R&E CORRECTIONAL INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF KIRKLAND R&E CORRECTIONAL INSTITUTION AND FOR THE WELFARE OF ALL THE INMATES IN THAT PRISON.

7.    DEFENDANT, MS. THOMPSON IS THE ASSOCIATE WARDEN OF KIRKLAND R&E CORRECTIONAL INSTITUTION SHE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF KIRKLAND R&E CORRECTIONAL INSTITUTION AND FOR THE WELFARE OF ALL INMATES IN THAT PRISON.

LEGAL MAIL
SALUDA

(2)

8.    DEFENDANT, MR. JACKSON IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF MAJOR AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

9.    DEFENDANT, MS. HOLSINGER IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF CAPTAIN AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

10.    DEFENDANT, MR. BELL IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF LIEUTENANT AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

11.    DEFENDANT, TRAVIS REESE IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF LIEUTENANT AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

12.    DEFENDANT, MS. HOUSTEN IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF LIEUTENANT AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

13.    DEFENDANT, MS. FLEMMING IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD RANK OF LIEUTENANT AND WAS ASSIGND TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

LEGAL MAIL

14. DEFENDANT, MS. FLEMMING IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF LIEUTENANT AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

15. DEFENDANT, MR. MARONE IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT HELD THE RANK OF LIEUTENANT AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

16. DEFENDANT, MR. BOUYAN IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF ████████ AND WAS ASSIGNED TO SUPER MAX (S.MU.) SPECIAL MANAGEMENT UNIT AT KIRKLAND R&E CORRECTIONAL INSTITUTION.

17. DEFENDANT, SHELBA RIGHT IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SARGENT AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

18. DEFENDANT, MS. TRIBBLE IS A CORRECTIONAL OFFICER OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SARGENT AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

19. DEFENDANT, MR. GOODSON IS A MENTAL HEALTH STAFF OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE POSITION OF MENTAL HEALTH COUNSELOR AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

(4)

LEGAL MAIL

20. DEFENDANT, MS. GIBSON IS A MENTAL HEALTH STAFF, WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE POSITION OF MENTAL HEALTH COUNSELOR AND WAS ASSIGNED TO KIRKLAND R&E CORRECTIONAL INSTITUTION.

21. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS OR HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

## III. FACTS

1. ON AUGUST 2, 2016 PLAINTIFF BRONSON SHELLEY S.C.D.C. #353229 WAS PLACED ON CRISIS INTERVENTION AND TRANSFERRED TO KIRKLAND R&E HOUSING UNIT F-1 CELL LOCATION #114. BRONSON SHELLEY THE PLAINTIFF IS A MENTAL HEALTH PATIENT AND SUFFERS FROM DEPRESSION. CRISIS INTERVENTION IS A MENTAL HEALTH PROCEDURE FOR INMATES EXIBITING SUICIDAL BEHAVIOR. THESE INMATES ARE HOUSED IN A SUICIDAL PROOF CELL AND MONITERED BY A CAMERA. THEY ARE GIVEN A SUICIDE SMOCK AND OR A SUICIDE BLANKET. THEY CELLS ARE COMPLETELY STRIPPED OUT AND SEARCHED BY SECURITY STAFF. THE INMATES PLACED ON CRISIS INTERVENTION ARE MONITERED EVERY 15 MINUTES BY CORRECTIONAL OFFICERS AND MENTAL HEALTH STAFF. THE INMATES ARE COMPLETELY STRIPPED NAKED AND SEARCHED. THEY ARE NOT ALLOWED ANY CLOTHES OR CROCKS (FOOTWEAR).

2. THE PLAINTIFF WAS PLACED ON CRISIS INTERVENTION AT LIEBER CORRECTIONAL INSTITUTE, BUT BECAUSE OF LACK OF AVAILABLE (C.I) CRISIS INTERVENTION CELLS AT LIEBER CORR. INST. THE PLAINTIFF WAS TRANSFERRED TO KIRKLAND

(5)

LEGAL MAIL

R&E CORRECTIONAL INSTITUTION AND WAS PLACED IN F-1 DORM. IN (C.I.) CRISIS INTERVENTION OBSERVATION CELL #114, BECAUSE OF LACK OF AVAILABLE C.I. CELLS AT LIEBER CORRECTIONAL INSTITUTION.

3. ON AUGUST 11, 2016 PLAINTIFF WAS TRANSFERRED FROM C.I. CELL #114 TO C.I. CELL #109. A FEW HOURS LATER LT. BELL, LT. TRAVIS REESE, LT. HOUSTEN, AND OFFICER BOUYAN WHO'S RANK IS UNKNOWN BUT WAS ASSIGNED TO THE SPECIAL MANAGEMENT UNIT (S.M.U.) IN SUPERMAX CAME TO ESCORT THE PLAINTIFF TO C.I. CELL #110.

4.   ON AUGUST 11, 2016 THE PLAINTIFF WHILE BEING ESCORTED FROM C.I. CELL #109 TO C.I. #110 BY LT. BELL, LT. TRAVIS REESE, LT. HOUSTEN WHO OPERATED THE CAMERA AND S.M.U. OFFICER BOUYAN WAS CHOKED FROM BEHIND UPON ENTERING THE CELL AND PICKED BODILY INTO THE AIR BY MULTIPLE OFFICERS AND FORCEFULLY SLAMMED ONTO THE CONCRETE FLOOR. DUE TO THE AMOUNT OF EXCESSIVE FORCE USED MALICIOUSLY AND SADISTICALLY FOR THE PURPOSE OF CAUSING HARM, PLAINTIFF'S LEFT SHOULDER WAS IMMEDIATELY DISLOCATED AND FRACTURED UPON IMPACT AND LODGED INTO HIS ARMPIT. THE PLAINTIFF WAS THEN STRUCK MULTIPLE TIMES IN THE BACK AND IN THE BACK OF THE HEAD AND JUMPED ON BY ESCORTING OFFICER'S. PLAINTIFF BEING IN EXCRUCIATING PAIN SCREAMED " MY ARM IS BROKEN, MULTIPLE TIMES AT WHICH POINT OFFICER'S REALIZING THE PLAINTIFF WAS INCAPACITATED RETREATED FROM THE CELL AND SECURED THE DOOR.

5. THE FORCE USED BY THESE PRISON OFFICIALS WAS NOT APPLIED IN GOOD FAITH IN AN EFFORT TO MAINTAIN OR RESTORE DISCIPLINE BUT WAS APPLIED MALICIOUSLY

(6)

AND SADISTICALLY FOR THE PURPOSE OF CAUSING HARM.
THE WAS EXCESSIVE IN IT'S AMOUNT AND WAS APPLIED
IN AN ABSCENSE OF AN IMMEDIATE THREAT; IN VIOLATION
POLICY & PROCEDURE OP 22.01 & HS 19.08. MENTAL HEALTH
CLINICAL COUNSELORS WERE NOT NOTIFIED PRIOR TO THE
PLANNED USE OF FORCE TO REQUEST ASSISTANCE IN
AVOIDING THE NECESSITY OF SUCH FORCE AND MANAGING
THE CONDUCT OF INMATES WITH MENTAL ILLNESS;
IN VIOLATION OF OP 22.01 & HS 19.08 RELAVENT
POLICIES, PLANS AND STANDARDS. NO INCIDENT REPORT
WAS MADE AND PLAINTIFF WAS DENIED MEDICAL
ATTENTION FOR SERIOUS MEDICAL NEEDS, FOR A PERIOD
OF OVER 24 HOURS FURTHER CAUSING AN UNNECESSARY
AND WANTON INFLICTION OF PAIN.
6. THE OFFICER'S PRESENT CRIMINALLY CONSPIRED TO
ERASE AND SUPPRESS ALL EVIDENCE OF THIS INCIDENT.
VARIOUS MENTAL HEALTH, MEDICAL, & SECURITY STAFF
DELIBERATELY DENIED PLAINTIFF HIS RIGHT TO
ADEQUATE MEDICAL TREATMENT, CONSTITUTING (8th AMEND.
~~REGARDLESS~~ THE "UNNECESSARY AND WANTON INFLICTION
OF PAIN," PROSCRIBED BY THE EIGHTH AMENDMENT.
ESTELLE V. GAMBLE, 429 U.S. 97, 104-105 (1976).
BY SHOWING DELIBERATE INDIFFERENCE TO THE PLAINTIFFS
SERIOUS MEDICAL NEEDS. FOR A PERIOD OF OVER 24 HOURS,
EVEN THOUGH PLAINTIFF WAS IN A CRISIS INTERVENTION
CELL WITH AN OBSERVATION WINDOW AND CAMERA AND
WAS MONITERED PHYSICALLY EVERY 15 MININUTES BY
CORRECTION OFFICER'S, MENTAL HEALTH TECHNICIANS,
AND MEDICAL STAFF WHO COME AROUND FOR MEDICATION
DISTRIBUTION. (SEE: ATTACHMENT (A), (B), (c), AFFIDAVIT, (D), (F)

(7)

LEGAL MAIL

7. PLAINTIFF SUFFERED INJURIES TO THE EXTENT BUT NOT LIMITED TO A DISLOCATED SHOULDER, A BROKEN HUMEROUS BONE, WHICH WAS CHIPPED AND FRACTURED, A HILL-SACHS LESION AND BANKART DEFORMITIES, AN EDEMA (BRUISED) TENDON, TORN MUSCLES, LIGAMENTS AND TENDONS, SLEEP DEPRIVATION, SEVERE BACK PAIN, TRAUMA, ANXIETY, PARANOIA, DEPRESSION, AND POST-TRAUMATIC STRESS DISORDER, NIGHTMARES, AND A LOSS OF APPETITE. (SEE: ATTACHMENT (E) (1))

8. ON AUGUST 12, 2016 PLAINTIFF WAS ADMITTED INTO PALMETTO BAPTIST HEALTH HOSPITAL ERB-ERMENGENCY DEPARTMENT FOR SEDATION AND SHOULDER DISLOCATION REDUCTION PERFORMED BY DOCTOR SARAH ELIZABETH BROEKER, D.O... AN X-RAY EXAM WAS TAKEN ON 8/12/16 FRONTAL AND OBLIQUE VIEWS OF THE LEFT SHOULDER DEMONSTRATE ANTEROINFERIOR DISLOCATION. DEFECT IN BOTH THE HUMERAL HEAD AND THE GLENOID COMPATIBLE WITH HILL-SACHS AND BANKART DEFORMITIES. IMPRESSION: ANTEROINFERERIOR DISLOCATION WITH HILL-SACHS AND BANKART LESIONS, READ BY JASON C. LYNN MD (VERIFICATION) 8/15/16 (08:08) TECHNOLOGIST WHO PERFORMED EXAM KATHERINE I. TURNER RT (R). ON 8/12/16 AT 16:52 ORDERED BY SARAH ELIZABETH BROEKER D.O., ON 8/12/16 AT 15:28 HUNDRED HOURS. (SEE: ATTACHMENT (E)(2))

9. ER LEFT SHOULDER VIEWS PERFORMED BY KATHERINE I. TURNER RT (R) 8/12/16 AT 17:35 FOR VERIFICATION COMPARISON PATIENT'S STATUS POST-REDUCTION. TECHNIQUE AP AND TRANSCAPULAR Y-VIEWS OF LEFT SHOULDER COMPARED TO PREEVIOUS STUDY FOUND THERE IS A HILL-SACHS IMPACTION FRACTURE OF THE POSTERIOR HUMERAL HEAD AND THE PREVIOUS DISLOCATION HAS

(8)

LEGAL MAIL

BEEN REDUCED. THERE IS ALSO MILD A C JOINT ATHRITIC CHANGES. IMPRESSION THE PATIENT IS STATUS POST REDUCTION OF A LEFT SHOULDER DISLOCATION WITH NEAR ANATOMIC ALIGNMENT. THERE IS A HILL-SACHS IMPACTION FRACTURE. READ AND RELEASED BY PAUL M. AITCHISON MD ON 8/14/16 AT 13:14 HUNDRED HOURS. (SEE:ATTACHMENT (E)(4))

10. ON SEPTEMBER 19, 2016 PLAINTIFF WAS DENIED ADMITTANCE AT KIRKLAND R&E CORRECTIONAL INST. AT THE FRONT GATE AT A SCHEDUALED MEDICAL APPOINTMENT WHILE IN FULL RESTRAINTS WHICH INCLUDES, SHACKELS WITH AN ADDITIONAL CHAIN ATTACHED TO A BELLY CHAIN & HANDCUFFS AND AN ADDITIONAL PAIR OF HANDCUFFS AND SECURITY BLACK BOX WHICH LEAVES HANDS IMMOBILE. PLAINTIFF WAS TOLD HE WAS DENIED ADMITTANCE AND PROCEEDED TO LIE DOWN ON THE GROUND ON HIS BACK. PLAINTIFF'S BROKEN SHOULDER WAS ALSO IN AN ARM SLING AND SECURE TO HIS BODY BY A MEDICAL IMMOBILIZATION BAND. FIRST RESPONSE WAS NOTIFIED BY FRONT GATE PERSONELL AND PLAINTIFF WAS FORCEFULLY REMOVED FROM FRONT AND GATE AREA AND PLACED BACK ON THE TRANSPORTATION VAN. PLAINTIFF WAS HANCUFFED TO THE VAN'S FLOOR BY HIS SHACKELS AND WAS CHOKED AND THREATENED THAT HE WOULD BE KILLED BY OFFICER ESTRADA. LT. GARVIN WHO WAS PRESENT ALONG WITH OTHER OFFICERS TOLD OFFICER ESTRADA TO STOP CHOKING THE PLAINTIFF TO WHICH HE COMPLIED AFTER ABOUT 30 SECONDS. THIS USE OF FORCE WAS EXCESSIVE AND WAS APPLIED IN THE ABSCENSE OF AN IMMEDIATE THREAT WITHOUT NOTIFYING MENTAL HEALTH IN VIOLATION OF OP 22.01 & HS 19.08. (SEE:ATTACHMENT (B))

(9)

LEGAL MAIL

11. ON 10/24/16 OCTOBER 24, 2016 THE PLAINTIFF WAS TAKEN TO IMAGE CARE FOR AN M.R.I. EXAM AND COMPARED TO PREVIOUS EXAMINATION ON 8/12/16. THE FINDINGS WERE THE LEFT SHOULDER DISLOCATION IS REDUCED WITH THE GLENOHUMERAL JOINT SPACE NOTED TO BE IN ANATOMIC ALIGNMENT AND POSITION. THE HILL SACHS DEFORMITY DESCRIBED IS AGAIN DEMONSTRATED. IMPRESSION: ANTERIOR DISLOCATION REDUCED WITH A RESIDUAL HILL SACHS DEFORMITY NOTED. BY ALAN B. KANTSIPER, M.D. 10/26/16 ~~exhaustion~~ (SEE: ATTACHMENT (E) (G))

12. ON 8/12/16 TIMOTHY P. CLOSE, M.D. PERFORMED AN EXAM AT S.C.D.C. KIRKLAND I.C.S., S.C.D.C. BEFORE PLAINTIFF WAS TAKEN TO PALMETTO BAPTIST HEALTH HOSPITAL AND FOUND: THERE IS AN ANTERIOR INFERIOR DISLOCATION OF THE LEFT HUMERAL HEAD WITH RESPECT TO THE GLENOID, WITH DEFORMITY AT THE POSTEROLATERAL HUMERAL HEAD CONSISTENT WITH HILL-SACHS DEFORMITY. BANKART LESION CANNOT BE EXCLUDED. NO ADDITIONAL FRACTURES OR SUBLUXATIONS ARE SEEN. THE ACROMIOCLAVICULAR JOINT AND CLAVICLE APPEAR INTACT. IMPRESSION: 1. ANTERIOR INFERIOR LEFT SHOULDER DISLOCATION 2. SUSPECTED SMALL HILL-SACHS DEFORMITY. THESE RESULTS WERE SENT TO IMAGE CARE ON 8/12/16 AT 4:24 P.M. AND WAS LATER SUPPRESSED BY MAJOR JACKSON WHEN PLAINTIFF ATTEMPTED AN INFORMAL RESOLUTION, MAJOR JACKSON RESPONDED VIA REQUEST OF STAFF FORM THAT THE INCIDENT NEVER OCCURED. (SEE: ATTACHMENT (E))

~~[several heavily scribbled-out lines]~~

(10)

LEGAL MAIL

## IV. EXHAUSTION OF LEGAL REMEDIES

13.    ON AUGUST 16, 2016 PLAINTIFF FILED GRIEVANCE FOR EXCESSIVE FORCE DELIBERATE INDIFFERENCE AND GROSS NEGLIGENCE. A COPY OF THIS GRIEVANCE WAS FORWARDED TO THE OFFICE OF INSPECTOR GENERAL POLICE SERVICES FOR REVIEW. PLAINTIFF WAS NEVER INTERVIEWED BY POLICE SERVICES AND THE MATTER WAS CLOSED, DUE TO THE FACT THAT PLAINTIFF NEVER FILED AN INFORMAL RESOLUTION ON A 19-11 REQUEST OF STAFF FORM. PLAINTIFF WAS TOLD TO FILE AN INFORMAL RESOLUTION TO MAJOR JACKSON AT KIRKLAND R&E CORRECTIONAL INSTITUTION V.I.A. INTER-DEPARTMENTAL MAIL, AND THEN IF AN INFORMAL RESOLUTION COULD NOT BE REACHED TO REFILE GRIEVANCE PER KCI-677-16, ECI-417-17 KCI-459-17, & BRCI-0530-17. (SEE: ATACHMENT (A), (C), (D))

14.    ON MAY 4, 2017 PLAINTIFF REFILED GRIEVANCE AND WAS TOLD NOT TO MENTION OFFICERS NAMES INVOLVED BY MS. SHERRIE FERRELL, INMATE GRIEVANCE COORDINATOR AT KIRKLAND R&E CORRECTIONAL INSTITUTION. PLAINTIFF GAVE MS. FERRELL INFORMAL RESOLUTION RESPONSE FROM MAJOR JACKSON AND REFILED GRIEVANCE TO BE FILED. (SEE: ATTACHMENT (C))

15.    ON JUNE 23, 2017 PLAINTIFF RECIEVED A MEMORANDUM FROM THE OFFICE OF GENERAL COUNSEL INMATE GRIEVANCE BRANCH GRIEVANCE NUMBER: BRCI-0530-17 STATING THAT MY GRIEVANCE NUMBER KCI-0530-17 ON MAY 4, 2017 REGARDING THIS MATTER WAS MISPLACED, IN A GROSS MISCARRIAGE OF JUSTICE AND AN ATTEMPT TO FURTHER SUPPRESS THIS ISSUE. THEREFORE MY GRIEVANCE WAS CLOSED.

LEGAL MAIL

PLAINTIFF'S INFORMAL RESOLUTION RESPONSE FROM
MAJOR JACKSON WAS ALSO INTENTIONALLY MISPLACED.
(SEE: ATTACHMENT (D) )

## V. LEGAL CLAIMS

16.  PLAINTIFF REALLEGE AND INCORPORATE BY
REFERENCE PARAGRAPHS 1-15.

17.   THE DEFENDANT TRAVIS REESE LIEUTENANT'S
USE OF EXCESSIVE FORCE VIOLATED PLAINTIFF'S RIGHTS,
AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT
UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES
CONSTITUTION.

18.   THE DEFENDANT TRAVIS REESE LIEUTENANT'S ~~USE~~
~~OF EXCESSIVE FORCE~~ DELIBERATE INDIFFERENCE TO
PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED
PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY
AND WANTON INFLICTION OF PAIN", OF CRUEL AND
UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH
AMENDMENT OF THE UNITED STATES CONSTITUTION.

19.   THE DEFENDANT MR. BELL LIEUTENANT'S USE OF
EXCESSIVE FORCE VIOLATED PLAINTIFF'S RIGHTS, AND
CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER
THE EIGHTH AMENDMENT OF THE UNITED STATES
CONSTITUTION.

20.   THE DEFENDANT MR. BELL LIEUTENANT'S ~~USE~~
DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS
MEDICAL NEED'S VIOLATED PLAINTIFF'S RIGHTS,
AND CONSTITUTED THE "UNNECESSARY AND WANTON
INFLICTION OF PAIN", OF CRUEL AND UNUSUAL
PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT
OF THE UNITED STATES CONSTITUTION.

(12)

LEGAL MAIL

21.  THE DEFENDANT MR. BOUYAN SPECIAL MANAGEMENT UNIT OFFICER'S USE OF EXCESSIVE FORCE VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

22.  THE DEFENDANT MR. BOUYAN SPECIAL MANAGEMENT UNIT OFFICER'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

23.  THE DEFENDANT MS. HOUSTEN LIEUTENANT'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

24.  THE DEFENDANT MS. FLEMMING LIEUTENANT'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

25.  THE DEFENDANT SHELBA RIGHT SARGENT'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION

LEGAL MAIL

OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

26.    THE DEFENDANT MR. MARONE LIEUTENANT'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFF'S RIGHTS AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

27.    THE DEFENDANT MS. TRIBBLE SARGENT'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFFS RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

28.   THE DEFENDANT MR. GOODSON MENTAL HEALTH CLINICAL COUNSELOR'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFF'S RIGHTS AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

29.   THE DEFENDANT MS. GIBSON MENTAL HEALTH CLINICAL COUNSELOR'S DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEEDS VIOLATED PLAINTIFF'S RIGHTS AND CONSTITUTED THE "UNNECESSARY AND WANTON

LEGAL MAIL

SALUDA

INFLICTION OF PAIN", OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

30.    THE DEFENDANT BRYAN P. STIRLING AGENCY DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING KIRKLAND R&E CORRECTIONAL INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF HIS EMPLOYEES AND THE WELFARE OF ALL INMATES IN THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE USE OF EXCESSIVE FORCE CARRIED OUT BY HIS CORRECTION OFFICERS AT KIRKLAND R&E CORRECTIONAL INSTITUTION WHICH IS UNDER HIS JURISDICTION, WHICH VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

31. THE DEFENDANT BRYAN P. STIRLING AGENCY DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING KIRKLAND R&E CORRECTIONAL INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF THE CORRECT EMPLOYEES, AND THE WELFARE OF ALL THE INMATES (SCDC) SOUTH CAROLINA DEPARTMENT OF CORRECTIONS AT EACH INSTITUTION UNDER ITS JURISDICTION INCLUDING KIRKLAND R&E CORRECTIONAL. INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE DELIBERATE INDIFFERENCE SHOWED BY HIS EMPLOYEES, MEDICAL STAFF, MENTAL HEALTH STAFF, & CORRECTION OFFICERS. ASSIGNED TO KIRKLAND.

(15)

LEGAL MAIL

R&E CORRECTIONAL INSTITUTION, WHICH IS UNDER ITS JURISDICTION, WHICH VIOLATED PLAINTIFF'S RIGHTS AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN" AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

32.    THE DEFENDANT, MR. MICHAEL McCALL IS THE DEPUTY DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE OPERATIONS OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION INCLUDING KIRKLAND R&E CORRECTIONAL INSTITUTION AND THE CONDUCT OF ITS EMPLOYEES" AND CORRECTIONAL OFFICERS AND THE WELFARE OF ALL THE INMATES IN THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE EXCESSIVE FORCE CARRIED OUT BY HIS CORRECTIONS OFFICERS, WHICH VIOLATED THE PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN," OF CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

33.    THE DEFENDANT, MR. McCALL IS THE DEPUTY DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. HE IS LEGALLY RESPONSIBLE FOR THE ~~DAY TO DAY~~ OPERATIONS OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION INCLUDING KIRKLAND R&E CORRECTIONAL INSTITUTION AND THE CONDUCT OF ITS EMPLOYEES AND CORRECTIONAL OFFICERS, AND THE WELFARE OF ALL THE INMATES IN (SCDC) SOUTH CAROLINA DEPARTMENT OF CORRECTIONS AT EACH INSTITUTION UNDER ITS JURISDICTION INCLUDING KIRKLAND R&E CORRECTIONAL INSTITUTION.

(16)

LEGAL MAIL

HE IS LEGALLY RESPONSIBLE FOR THE DELIBERATE INDIFFERENCE
SHOWED BY HIS EMPLOYEES, MEDICAL STAFF, MENTAL HEALTH
STAFF; & CORRECTIONS OFFICERS ASSIGNED TO KIRKLAND
R&E CORRECTIONAL INSTITUTION, WHICH VIOLATED
PLAINTIFF'S RIGHTS AND CONSTITUTED THE "UNNECESSARY
AND WANTON INFLICTION OF PAIN", PROSCRIBED UNDER
THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

34.     THE DEFENDANT, MR. RILEY WAS THE WARDEN OF
THE KIRKLAND R&E CORRECTIONAL INSTITUTION WHEN
THE EVENTS DESCRIBED HEREIN ARISED AND IS LEGALLY
RESPONSIBLE FOR THE CONDUCT OF THE CORRECTIONS
OFFICERS AND THE WELFARE OF ALL THE INMATES
IN THAT PRISON. HE IS LEGALLY RESPONSIBLE FOR
THE USE OF EXCESSIVE FORCE  APPLIED BY THE CORRECTIONS
OFFICERS WHICH VIOLATED PLAINTIFF'S RIGHTS, AND
CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION
OF PAIN", AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED
UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES
CONSTITUTION).

35.     THE DEFENDANT, MR. RILEY WAS THE WARDEN OF
THE KIRKLAND R&E CORRECTIONAL INSTITUTION WHEN
THE EVENTS DESCRIBED HEREIN ARISED AND IS LEGALLY
RESPONSIBLE FOR THE CONDUCT OF THE EMPLOYEES, MEDICAL
STAFF, MENTAL HEALTH STAFF, & CORRECTIONAL OFFICERS
ASSIGNED TO KIRKLAND R&E CORRECIONAL INSTITUTION,
AND THE WELFARE OF ALL THE INMATES IN THAT PRISON.
HE IS LEGALLY RESPONSIBLE FOR THE DELIBERATE
INDIFFERENCE SHOWED BY EMPLOYEES, MEDICAL STAFF,
MENTAL HEALTH STAFF, & CORRECTIONAL OFFICERS, WHICH
VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED
THE "UNNECESSARY AND WANTON INFLICTION OF
PAIN", PROSCRIBED UNDER THE EIGHTH AMENDMENT
OF THE UNITED STATES CONSTITUTION.

(17)

LEGAL MAIL

36.    THE DEFENDANT, MS. THOMPSON IS THE ASSOCIATE WARDEN OVER SECURITY AT KIRKLAND R&E CORRECTIONAL. SHE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF THE CORRECTIONAL OFFICERS, AND THE WELFARE OF ALL THE THE INMATES IN THAT PRISON. SHE IS LEGALLY RESPONSIBLE FOR THE USE OF EXCESSIVE FORCE APPLIED BY CORRECTIONS OFFICERS WHICH VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED THE " UNNECESSARY AND WANTON INFLICTION OF PAIN", AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

37.    THE DEFENDANT, MS. THOMPSON IS THE ASSOCIATE WARDEN· OVER SECURITY AT KIRKLAND R&E CORRECTIONAL INSTITUTION. SHE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF THE CORRECTIONS OFFICERS, AND THE WELFARE OF ALL THE INMATES IN THAT PRISON. SHE IS LEGALLY RESPONSIBLE FOR THE DELIBERATE INDIFFERENCE SHOWED BY THE CORRECTIONS OFFICERS, WHICH VIOLATED THE PLAINTIFF'S RIGHTS, AND CONSTITUTED THE" UNNECESSARY AND WANTON INFLICTION OF PAIN", AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

38.    THE DEFENDANT, MR. JACKSON IS THE MAJOR ASSIGNED OVER SECURITY AT THE KIRKLAND R&E CORRECTIONAL INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF THE CORRECTIONS OFFICERS, AND THE WELFARE OF ALL THE INMATES IN THAT PRISON. HE IS LEGALLY RESPONSIBLE FOR THE USE OF EXCESSIVE FORCE APPLIED BY CORRECTIONS OFFICERS, WHICH VIOLATED THE PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

LEGAL MAIL

39.     THE DEFENDANT, MR. JACKSON IS THE MAJOR ASSIGNED OVER SECURITY AT THE KIRKLAND R&E CORRECTIONAL INSTITUTION. HE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF THE CORRECTIONS OFFICERS, AND THE WELFARE OF ALL THE INMATES IN THAT PRISON. HE IS LEGALLY RESPONSIBLE FOR THE DELIBERATE INDIFFERENCE SHOWED BY THE CORRECTIONS OFFICERS WHICH VIOLATED THE PLAINTIFF'S RIGHTS. AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

40.     THE DEFENDANT, MS. HOLSINGER IS THE CAPTAIN ASSIGNED OVER SECURITY AT KIRKLAND R&E CORRECTIONAL INSTITUTION. SHE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF THE CORRECTIONS OFFICERS, AND THE WELFARE OF ALL THE INMATES IN THAT PRISON. SHE IS LEGALLY RESPONSIBLE FOR THE USE OF EXCESSIVE FORCE APPLIED BY CORRECTIONS OFFICERS, WHICH VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

41.     THE DEFENDANT, MS. HOLSINGER IS THE CAPTAIN ASSIGNED OVER SECURITY AT THE KIRKLAND R&E CORRECTIONAL INSTITUTION. SHE IS LEGALLY RESPONSIBLE FOR THE CONDUCT OF THE CORRECTIONS OFFICERS, AND FOR THE WELFARE OF ALL THE INMATES IN THAT PRISON. SHE IS LEGALLY RESPONSIBLE FOR THE DELIBERATE INDIFFERENCE SHOWED BY THE CORRECTIONS OFFICERS, WHICH VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED THE "UNNECESSARY AND WANTON INFLICTION OF PAIN", AND CRUEL AND UNUSUAL PUNISHMENT PROSCRIBED, UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

LEGAL MAIL

42.     THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VI. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTIVELY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING PLAINTIFF:

43.     A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

44.     A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS, BRYAN P. STIRLING, MICHAEL MCCALL, MR. RILEY, MS. THOMPSON, MR. JACKSON, MS. HOLSINGER, MR. BELL, TRAVIS REESE, MR. BOWAN, MS. HOUSTEN, MR. MARONE, MS. FLEMMING, MS. SHELBA RIGHT, MRS. TRIBBLE, MR. GOODSON, MS. GIBSON TO STOP THE USE OF FORCE IN THE ABSCENSE OF A REASONABLY PERCIEVED IMMEDIATE THREAT, TO STOP THE USE OF EXCESSIVE FORCE, TO STOP SHOWING DELIBERATE INDIFFERENCE TO PRISONERS SERIOUS MEDICAL NEEDS, TO NOTIFY MENTAL HEALTH PRIOR TO AUTHORIZING THE USE OF FORCE ON MENTAL HEALTH PATIENTS AS OUTLINED ACCORDING TO POLICY, PLANS, AND PROCEDURES OP 22.01 & HS 19.08.

45.     COMPENSATORY DAMAGES IN THE AMOUNT OF $ 1,000,000 AGAINST EACH DEFENDANT.

46.     A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

47.     PLAINTIFF'S COSTS IN THIS SUIT.

48.     ANY ADDITIONAL RELIEF THIS COURT DEEMS

LEGAL MAIL

JUST, PROPER AND EQUITABLE.

DATED: _AUGUST 8, 2018_____

          RESPECTFULLY SUBMITTED,

          BRONSON SHELLEY SCDC#353229

          LIEBER CORR. INST./RHU-A-120

          P.O. BOX 205

          RIDGEVILLE, S.C. 29472

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE ▓▓▓▓▓ I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT RIDGEVILLE, SOUTH CAROLINA ON _AUGUST 8, 2018_____.

*Bronson Shelley*

BRONSON SHELLEY

(21)

LEGAL MAIL
SALUDA